FILED

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## (ALEXANDRIA DIVISION)

|  |  |
|---|---|
| Nike, Inc., | ) Civil Action No. |
| Plaintiff, | ) |
| v. | ) |
| NikePioneer.com; BuyNikeJordan.com; NikeShoesInc.com; NikeSelling.com; NikeRift.com; 688Nike.com; CheapNikeJordan.com; CheapNikeJordans.com; NikeCrazy.com; NikeStockCN.com; NikeObama.com; Nike-Brand.com; NikeCheap.com; NikeShoesVogue.com; NikeShoes86.com; NikeJordan-Shoes.com; CheapNikeSneaker.com; Whole-Nike.com; WholeNikeAAA.com; NikeSC.com; WellNike.com; CheapNikeOutlet.com; Nike-Factory.com; CheapNikeDunks.com; NikeShoes98.com; BBNike.com; CNNikeBrand.com; NikeLives.com; NikeShoesCity.com; NikeConfluence.com; NikeWon.com; NikeShoesWon.com; NikeQS.com; NikeShoeMarket.com; NikeSellWeb.com; CheapNikeShop.com; NikeSellOrder.com; NikeShoesMarket.com; NikeShoesRetro.com; NikeShoesBase.com; KicksNike1.com; iNikeSneakers.com; GoldNikeClub.com; NikeItaly.com; NikeLink.com; Nike-Rift.com; NikeJordanSky.com; LuckyNike.com; NikeSpaces.com; VeryGoodNike.com; Discount-Nike.com; NikeStyles.com; NikeShoxSale.com; NikeWholesaleShoes.com; Air-Nike-Shoes.com; NewNikeShoes.com; Nike-AAA.com; NikeFirm.com; NikeInStock.com; INeedNikeShoes.com; SoleNike.com; Nike-Kickz.com; Nike-Kick.com; Cheap-Nike.com; NikeShopOnline.com; and KidsNikeShoes.com, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) 1:10CV90 (JCC/TCB) |
| Defendants. | ) |

## COMPLAINT FOR IN REM INJUNCTIVE RELIEF UNDER THE ANTICYBERSQUATTING CONSUMER PROTECTION ACT

Plaintiff Nike, Inc. ("Nike") alleges as follows in support of its *in rem* claim against the Internet domain names NikePioneer.com; BuyNikeJordan.com; NikeShoesInc.com; NikeSelling.com; NikeRift.com; 688Nike.com; CheapNikeJordan.com; CheapNikeJordans.com; NikeCrazy.com; NikeStockCN.com; NikeObama.com; Nike-Brand.com; NikeCheap.com; NikeShoesVogue.com; NikeShoes86.com; NikeJordan-Shoes.com; CheapNikeSneaker.com; Whole-Nike.com; WholeNikeAAA.com; NikeSC.com; WellNike.com; CheapNikeOutlet.com; Nike-Factory.com; CheapNikeDunks.com; NikeShoes98.com; BBNike.com; CNNikeBrand.com; NikeLives.com; NikeShoesCity.com; NikeConfluence.com; NikeWon.com; NikeShoesWon.com; NikeQS.com; NikeShoeMarket.com; NikeSellWeb.com; CheapNikeShop.com; NikeSellOrder.com; NikeShoesMarket.com; NikeShoesRetro.com; NikeShoesBase.com; KicksNike1.com; iNikeSneakers.com; GoldNikeClub.com; NikeItaly.com; NikeLink.com; Nike-Rift.com; NikeJordanSky.com; LuckyNike.com; NikeSpaces.com; VeryGoodNike.com; Discount-Nike.com; NikeStyles.com; NikeShoxSale.com; NikeWholesaleShoes.com; Air-Nike-Shoes.com; NewNikeShoes.com; Nike-AAA.com; NikeFirm.com; NikeInStock.com; INeedNikeShoes.com; SoleNike.com; Nike-Kickz.com; Nike-Kick.com; Cheap-Nike.com; NikeShopOnline.com; and KidsNikeShoes.com (the "Defendant Domain Names"):

## I.    Jurisdiction and Venue

1.    This Court has subject matter jurisdiction of this claim pursuant to 28 U.S.C. §§ 1331 and 1338.

2.    This Court has *in rem* jurisdiction over the Defendant Domain Names pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(II). This Court has in rem jurisdiction over the Defendant Domain Names pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(I) because Plaintiff Nike cannot obtain in personam jurisdiction over their registrants, who are located outside of the United States and not subject to personal jurisdiction in the United States. *In rem* jurisdiction is also proper because,

through due diligence, Nike was not able to find a person who would have been a defendant in a civil action under 15 U.S.C. § 1125(d)(1) and has sent notice to the registrants of the Defendant Domain Names, pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(II)(aa), and will promptly publish the notice of the action after filing, should the court so direct, pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(II)(bb). *In rem* jurisdiction is proper in this district pursuant to 15 U.S.C. § 1125(d)(2)(C)(i) because the domain name registry for the Defendant Domain Names is located in this judicial district. Upon commencement of this case, documents sufficient to establish control and authority regarding the disposition of the registration of the Defendant Domain Names will be expeditiously deposited with the Court.

3.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) and 15 U.S.C. §§ 1125(d)(2)(A) and (C).

## II.   Introduction

4.      This action has been filed by Nike to combat the unlawful cybersquatting of domain names incorporating Nike's exclusive trademarks. The Defendant Domain Names trade upon Nike's reputation and goodwill in order to sell and/or offer for sale unlicensed and counterfeit product featuring Nike's trademarks. Through such actions, Nike is irreparably damaged through consumer confusion, dilution and tarnishment of its valuable trademarks.

5.      Nike seeks an injunction transferring the Defendant Domain Names to Nike.

## III.   The Parties

6.      Nike is a corporation duly organized and existing under the laws of the State of Oregon having its principal place of business in Beaverton, Oregon.

7.      Nike is informed and believes, and based thereon alleges, that the domain name NikePioneer.com is registered to shuan ying Internet Co. LTD, putian licheng, putian, Fujian,

China, 351100, *0594@eputian.cn*. The domain name registry for NikePioneer.com is VeriSign, Inc. 21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for NikePioneer.com is Xin Net Technology Corporation. Attached hereto as Exhibit 1 is a true and correct printout from the Registrar's web page of the Whois information for NikePioneer.com.

8.     Nike is informed and believes, and based thereon alleges, that the domain name BuyNikeJordan.com is registered to shenzhirong, chengxiangqu jianshelu 112, putianshi, fujiansheng, china 351100, *412622370@qq.com*. The domain name registry for BuyNikeJordan.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for BuyNikeJordan.com is Xin Net Technology Corporation. Attached hereto as Exhibit 2 is a true and correct printout from the Registrar's web page of the Whois information for BuyNikeJordan.com.

9.     Nike is informed and believes, and based thereon alleges, that the domain name NikeShoesInc.com is registered to linqing, qing lin, putian, putian, fujian, China 351100, *505174048@qq.com*. The domain name registry for NikeShoesInc.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for NikeShoesInc.com is Bizcn.com, Inc. Attached hereto as Exhibit 3 is a true and correct printout from the Registrar's web page of the Whois information for NikeShoesInc.com.

10.     Nike is informed and believes, and based thereon alleges, that the domain name NikeSelling.com is registered to nikeselling, qing lin, nikeselling, nikeselling, nikeselling, China 88888, *info@88.cn*. The domain name registry for NikeSelling.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for NikeSelling.com is Bizcn.com, Inc. Attached hereto as Exhibit 4 is a true and correct printout from the Registrar's web page of the Whois information for NikeSelling.com.

11. Nike is informed and believes, and based thereon alleges, that the domain name NikeRift.com is registered to Zheng Xuesong, li wan qu long xi da dao, guang zhou, GD, China 510375, *admin@nikedunks-shoes.com*. The domain name registry for Defendant Domain Names is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for NikeRift.com is Beijing Innovative Linkage Technology Ltd. dba dns.com.cn. Attached hereto as Exhibit 5 is a true and correct printout from the Registrar's web page of the Whois information for NikeRift.com.

12. Nike is informed and believes, and based thereon alleges, that the domain name 688Nike.com is registered to chenzhixiong, chenzhixiong, *arthurshoeseller@gmail.com*. The registrant previously listed his information as 688nike, NO.592 licheng road, putian, fujian, China 351100, *arthurshoeseller@gmail.com*. The domain name registry for 688Nike.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166. The current domain name registrar for 688Nike.com is Xin Net Technology Corporation. Attached hereto as Exhibit 6 are true and correct printouts from the Registrar's web page of the past and current Whois information for 688Nike.com.

13. Nike is informed and believes, and based thereon alleges, that the domain names CheapNikeJordan.com and CheapNikeJordans.com are registered to chen junjun, chenjunjun, putian, putian, Fujian, China 351100, *chenjunjun8@yahoo.com.cn*. The domain name registry for CheapNikeJordan.com and CheapNikeJordans.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for CheapNikeJordan.com and CheapNikeJordans.com is Xin Net Technology Corporation. Attached hereto as Exhibit 7 are true and correct printouts from the Registrar's web page of the Whois information for CheapNikeJordan.com and CheapNikeJordans.com.

14.     Nike is informed and believes, and based thereon alleges, that the domain name NikeCrazy.com is registered to Lin Jian Xin, No. 169 Chenggong ST. nanan quanzhou, Fujian, China 362300, *chenzhi1999@163.com*.  The domain name registry for NikeCrazy.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166.  The domain name registrar for NikeCrazy.com is OnlineNIC, Inc.  Attached hereto as Exhibit 8 is a true and correct printout from the Registrar's web page of the past and current Whois information for NikeCrazy.com.

15.     Nike is informed and believes, and based thereon alleges, that the domain names NikeStockCN.com, NikeObama.com, Nike-Brand.com, NikeCheap.com and NikeShoesVogue.com are registered to Chen Haibin, putian chenxiang, putian, Fujian, China 351100, *cns@cns18.com* and *cns@cns35.com*.  The domain name registry for NikeStockCN.com, NikeObama.com, Nike-Brand.com, NikeCheap.com and NikeShoesVogue.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166.  The domain name registrar for NikeStockCN.com, NikeObama.com, Nike-Brand.com, and NikeCheap.com is 35 Technology Co., Ltd.  The domain name registrar for NikeShoesVogue.com is OnlineNIC, Inc.  Attached hereto as Exhibit 9 are true and correct printouts from the Registrars' web pages of the Whois information for NikeStockCN.com, NikeObama.com, Nike-Brand.com, NikeCheap.com and NikeShoesVogue.com.

16.     Nike is informed and believes, and based thereon alleges, that the domain name NikeShoes86.com is registered to Chen Si, putian chenxiang, putian, Fujian, China 351100, *cns@cns18.com*.  The domain name registry for NikeShoes86.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166.  The domain name registrar for NikeShoes86.com is 35 Technology Co., Ltd.  Attached hereto as Exhibit 10 is a true and correct printout from the Registrar's web page of the Whois information for NikeShoes86.com.

17.     Nike is informed and believes, and based thereon alleges, that the domain name NikeJordan-Shoes.com is registered to Huang Lihua, putian chenxiang, putian, Fujian, China 351100, *cns@cns18.com*.  The domain name registry for NikeJordan-Shoes.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166.  The domain name registrar for NikeJordan-Shoes.com is 35 Technology Co., Ltd.  Attached hereto as Exhibit 11 is a true and correct printout from the Registrar's web page of the Whois information for NikeJordan-Shoes.com.

18.     Nike is informed and believes, and based thereon alleges, that the domain name CheapNikeSneaker.com is registered to Hongyou Xiao, putian chenxiang, putian, Fujian, China 351100, *cns@cns18.com*.  The domain name registry for CheapNikeSneaker.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166.  The domain name registrar for CheapNikeSneaker.com is 35 Technology Co., Ltd.  Attached hereto as Exhibit 12 is a true and correct printout from the Registrar's web page of the Whois information for CheapNikeSneaker.com.

19.     Nike is informed and believes, and based thereon alleges, that the domain names Whole-Nike.com and WholeNikeAAA.com are registered to Wu Zheng, putian chenxiang, putian, Fujian, China 351100, *cns@cns18.com* and *cns@cns35.com*.  The domain name registry for Whole-Nike.com and WholeNikeAAA.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166.  The domain name registrar for Whole-Nike.com is 35 Technology Co., Ltd.  The domain name registrar for Whole NikeAAA.com is OnlineNIC, Inc.  Attached hereto as Exhibit 13 are true and correct printouts from the Registrars' web pages of the Whois information for Whole-Nike.com and WholeNikeAAA.com.

20.     Nike is informed and believes, and based thereon alleges, that the domain name NikeSC.com is registered to Xingxing Zhou, putian chenxiang, putian, Fujian, China 351100, *cns@cns18.com*.  The domain name registry for NikeSC.com is VeriSign , Inc., 21345 Ridgetop

Circle, Dulles, Virginia 20166.  The domain name registrar for NikeSC.com is 35 Technology Co.,

Ltd.  Attached hereto as Exhibit 14 is a true and correct printout from the Registrar's web page of

the Whois information for NikeSC.com.

21.     Nike is informed and believes, and based thereon alleges, that the domain name

WellNike.com is registered to Aimei Lin, putian chenxiang, putian, Fujian, China 351100,

*cns@cns35.com*.  The domain name registry for WellNike.com is VeriSign , Inc., 21345 Ridgetop

Circle, Dulles, Virginia 20166.  The domain name registrar for WellNike.com is 35 Technology

Co., Ltd.  Attached hereto as Exhibit 15 is a true and correct printout from the Registrar's web page

of the Whois information for WellNike.com.

22.     Nike is informed and believes, and based thereon alleges, that the domain names

CheapNikeOutlet.com and Nike-Factory.com are registered to Dongyu Xu, putian chenxiang,

putian, Fujian, China 351100, *cns@cns35.com*.  The domain name registry for

CheapNikeOutlet.com and Nike-Factory.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles,

Virginia 20166.  The domain name registrar for CheapNikeOutlet.com and Nike-Factory.com is

OnlineNIC, Inc.  Attached hereto as Exhibit 16 are true and correct printouts from the Registrar's

web page of the Whois information for CheapNikeOutlet.com and Nike-Factory.com.

23.     Nike is informed and believes, and based thereon alleges, that the domain name

CheapNikeDunks.com is registered to Huawei Lin, putian chenxiang, putian, Fujian, China

351100, *cns@cns35.com*.  The domain name registry for CheapNikeDunks.com is VeriSign , Inc.,

21345 Ridgetop Circle, Dulles, Virginia 20166.  The domain name registrar for

CheapNikeDunks.com is 35 Technology Co., Ltd.  Attached hereto as Exhibit 17 is a true and

correct printout from the Registrar's web page of the Whois information for

CheapNikeDunks.com.

24.     Nike is informed and believes, and based thereon alleges, that the domain name NikeShoes98.com is registered to Huida Huang, putian chenxiang, putian, Fujian, China 351100, *cns@cns18.com*. The domain name registry for NikeShoes98.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for NikeShoes98.com is 35 Technology Co., Ltd. Attached hereto as Exhibit 18 is a true and correct printout from the Registrar's web page of the Whois information for NikeShoes98.com.

25.     Nike is informed and believes, and based thereon alleges, that the domain name BBNike.com is registered to Jianguo Dai, hhftghfgth, putian chenxiang, putian, Fujian, China 351100, *cns@cns35.com*. The domain name registry for BBNike.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for BBNike.com is OnlineNIC, Inc. Attached hereto as Exhibit 19 is a true and correct printout from the Registrar's web page of the Whois information for BBNike.com.

26.     Nike is informed and believes, and based thereon alleges, that the domain name CNNikeBrand.com is registered to Jinyan Xu, chenxiang, putian, Fujian, China 351100, *cns@cns35.com*. The domain name registry for CNNikeBrand.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for CNNikeBrand.com is Web Commerce Communications Limited dba WebNic.cc. Attached hereto as Exhibit 20 is a true and correct printout from the Registrar's web page of the Whois information for CNNikeBrand.com.

27.     Nike is informed and believes, and based thereon alleges, that the domain name NikeLives.com is registered to Newcentury trade co., ltd., putian chenxiang, putian, Fujian, China 351100, *cns@cns35.com*. The domain name registry for NikeLives.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for NikeLives.com is 35

Technology Co., Ltd.  Attached hereto as Exhibit 21 is a true and correct printout from the Registrar's web page of the Whois information for NikeLives.com.

28.     Nike is informed and believes, and based thereon alleges, that the domain name NikeShoesCity.com is registered to Qilin Xu, putian chenxiang, putian, Fujian, China 351100, *cns@cns35.com*.  The domain name registry for NikeShoesCity.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166.  The domain name registrar for NikeShoesCity.com is OnlineNIC, Inc.  Attached hereto as Exhibit 22 is a true and correct printout from the Registrar's web page of the Whois information for NikeShoesCity.com.

29.     Nike is informed and believes, and based thereon alleges, that the domain name NikeConfluence.com is registered to Wanchun Weng, putian chenxiang, putian, Fujian, China 351100, *cns@cns35.com*.  The domain name registry for NikeConfluence.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166.  The domain name registrar for NikeConfluence.com is 35 Technology Co., Ltd.  Attached hereto as Exhibit 23 is a true and correct printout from the Registrar's web page of the Whois information for NikeConfluence.com.

30.     Nike is informed and believes, and based thereon alleges, that the domain names NikeWon.com and NikeShoesWon.com are registered to Yongci Li, putian chenxiang, putian, Fujian, China 351100, *cns@cns35.com*.  The domain name registry for NikeWon.com and NikeShoesWon.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166.  The domain name registrar for NikeWon.com is OnlineNIC, Inc.  The domain name registrar for NikeShoesWon.com is 35 Technology Co., Ltd.  Attached hereto as Exhibit 24 are true and correct printout from the Registrars' web pages of the Whois information for NikeWon.com and NikeShoesWon.com.

31.     Nike is informed and believes, and based thereon alleges, that the domain name NikeQS.com is registered to You Zhong, putian chenxiang, putian, Fujian, China 351100,

*cns@cns35.com.* The domain name registry for NikeQS.com is VeriSign , Inc., 21345 Ridgetop

Circle, Dulles, Virginia 20166. The domain name registrar for NikeQS.com is 35 Technology Co.,

Ltd. Attached hereto as Exhibit 25 is a true and correct printout from the Registrar's web page of

the Whois information for NikeQS.com.

32. Nike is informed and believes, and based thereon alleges, that the domain name

NikeShoeMarket.com is registered to Yuzhong Chen, putian chenxiang, putian, Fujian, China

351100, *cns@cns35.com.* The domain name registry for NikeShoeMarket.com is VeriSign , Inc.,

21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for

NikeShoeMarket.com is 35 Technology Co., Ltd. Attached hereto as Exhibit 26 is a true and

correct printout from the Registrar's web page of the Whois information for NikeShoeMarket.com.

33. Nike is informed and believes, and based thereon alleges, that the domain name

NikeSellWeb.com is registered to Zhifeng Xu, putian chenxiang, putian, Fujian, China 351100,

*cns@cns35.com.* The domain name registry for NikeSellWeb.com is VeriSign , Inc., 21345

Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for NikeSellWeb.com is 35

Technology Co., Ltd. Attached hereto as Exhibit 27 is a true and correct printout from the

Registrar's web page of the Whois information for NikeSellWeb.com.

34. Nike is informed and believes, and based thereon alleges, that the domain names

CheapNikeShop.com, NikeSellOrder.com, NikeShoesMarket.com, and NikeShoesRetro.com are

registered to Zhiyong Xu, putian chenxiang, putian, Fujian, China 351100, *cns@cns35.com.* The

domain name registry for CheapNikeShop.com, NikeSellOrder.com, NikeShoesMarket.com, and

NikeShoesRetro.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166. The

domain name registrar for CheapNikeShop.com, NikeShoesMarket.com and NikeShoesRetro.com

is 35 Technology Co., Ltd. The domain name registrar for NikeSellOrder.com is OnlineNIC, Inc.

Attached hereto as Exhibit 28 are true and correct printouts from the Registrars' web pages of the

Whois information for CheapNikeShop.com, NikeSellOrder.com, NikeShoesMarket.com, and NikeShoesRetro.com.

35.     Nike is informed and believes, and based thereon alleges, that the domain name NikeShoesBase.com is registered to Zhiyuan Xu, putian chenxiang, putian, Fujian, China 351100, *cns@cns35.com*. The domain name registry for NikeShoesBase.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for NikeShoesBase.com is 35 Technology Co., Ltd. Attached hereto as Exhibit 29 is a true and correct printout from the Registrar's web page of the Whois information for NikeShoesBase.com.

36.     Nike is informed and believes, and based thereon alleges, that the domain name KicksNike1.com is registered to kevin dickerson, ckersonevin Road, hefei, anhui, China 9446252, *dickersonkevin@go2mart.com* and *uu54478@gmail.com*. The domain name registry for KicksNike1.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for KicksNike1.com is GoDaddy.com, Inc. Attached hereto as Exhibit 30 are true and correct printouts from the Registrar's web page of the past and current Whois information for KicksNike1.com.

37.     Nike is informed and believes, and based thereon alleges, that the domain name iNikeSneakers.com is registered to fang chen, fangchen, putian, putian, Fujian, China 351100, *fangchen@yahoo.cn*. The domain name registry for iNikeSneakers.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for iNikeSneakers.com is Xin Net Technology Corporation. Attached hereto as Exhibit 31 is a true and correct printout from the Registrar's web page of the Whois information for iNikeSneakers.com.

38.     Nike is informed and believes, and based thereon alleges, that the domain name GoldNikeClub.com is registered to goldnikeclub, fu jian xing pu tian shi cheng xiang qu, Putian, FJ China, 351100. The domain name registry for GoldNikeClub.com is VeriSign , Inc., 21345

Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for GoldNikeClub.com is Beijing Innovative Linkage Technology Ltd. dba dns.com.cn. Attached hereto as Exhibit 32 is a true and correct printout from the Registrar's web page of the Whois information for GoldNikeClub.com.

39.     Nike is informed and believes, and based thereon alleges, that the domain names NikeItaly.com, NikeLink.com and Nike-Rift.com are registered to DOMSON(HK) INTRNATIONAL TRADING CO.,LTD, huang zhixiang, Shenzhen Futian Free Trade Zone, a long-Business Building R, shenzhen, Beijing, China 510630, *ic0086@hotmail.com*. The domain name registry for NikeItaly.com, NikeLink.com and Nike-Rift.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for NikeItaly.com, NikeLink.com and Nike-Rift.com is Xin Net Technology Corporation. Attached hereto as Exhibit 33 are true and correct printouts from the Registrar's web page of the Whois information for NikeItaly.com, NikeLink.com and Nike-Rift.com.

40.     Nike is informed and believes, and based thereon alleges, that the domain name NikeJordanSky.com is registered to nikejordansky, mq chen, putian, putian fujian, China 351100, *info@dingdian.cn*. The domain name registry for NikeJordanSky.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for NikeJordanSky.com is Bizcn.com, Inc. Attached hereto as Exhibit 34 is a true and correct printout from the Registrar's web page of the Whois information for NikeJordanSky.com.

41.     Nike is informed and believes, and based thereon alleges, that the domain name LuckyNike.com is registered to putian shenzhou, NO.532 xueyuan road putian fujian, putian, Fujian, China 351100, *linqf1@21cn.com*. The domain name registry for LuckyNike.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for LuckyNike.com is Web Commerce Communications Limited dba WebNic.cc. Attached hereto as

Exhibit 35 is a true and correct printout from the Registrar's web page of the Whois information for LuckyNike.com.

42.    Nike is informed and believes, and based thereon alleges, that the domain name NikeSpaces.com is registered to haiao network, FuZhou DaLijia A-10-11#, Fuzhou, Fujian, China 350001, *mamingqu@163.com*.  The domain name registry for NikeSpaces.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166.  The domain name registrar for NikeSpaces.com is Web Commerce Communications Limited dba WebNic.cc.  Attached hereto as Exhibit 36 is a true and correct printout from the Registrar's web page of the Whois information for NikeSpaces.com.

43.    Nike is informed and believes, and based thereon alleges, that the domain name VeryGoodNike.com is registered to lin huawei, fujian putian, Putian, FJ, China 351100, *nanze_xu@hotmail.com*.  The domain name registry for VeryGoodNike.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166.  The domain name registrar for VeryGoodNike.com is Beijing Innovative Linkage Technology Ltd. dba dns.com.cn.  Attached hereto as Exhibit 37 is a true and correct printout from the Registrar's web page of the Whois information for VeryGoodNike.com.

44.    Nike is informed and believes, and based thereon alleges, that the domain name Discount-Nike.com is registered to nikeadidaspuma, Lee Tom, No1. Wenhua Road, JiaXiang, Shandong, China, Shandong JiaXiang, China 272400, *lpyaa@hotmail.com*.  The domain name registry for Discount-Nike.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166.  The domain name registrar for Discount-Nike.com is eNom, Inc.  Attached hereto as Exhibit 38 is a true and correct printout from the Registrar's web page of the Whois information for Discount-Nike.com.

45.    Nike is informed and believes, and based thereon alleges, that the domain name NikeStyles.com is registered to Guangming Ren, gongye road no 523, fuzhou, fujian, China

350002, *ren0594@126.com*. The domain name registry for NikeStyles.com is VeriSign , Inc.,

21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for NikeStyles.com is

Xin Net Technology Corporation. Attached hereto as Exhibit 39 are true and correct printouts

from the Registrar's web page of the past and current Whois information for NikeStyles.com.

46.     Nike is informed and believes, and based thereon alleges, that the domain name

NikeShoxSale.com is registered to Sandra, sole st, SH ST, WG, US 618727,

*sandrajbellamy@hotmail.com*. The domain name registry for NikeShoxSale.com is VeriSign ,

Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for

NikeShoxSale.com is Beijing Innovative Linkage Technology Ltd. dba dns.com.cn. Attached

hereto as Exhibit 40 is a true and correct printout from the Registrar's web page of the Whois

information for NikeShoxSale.com.

47.     Nike is informed and believes, and based thereon alleges, that the domain name

NikeWholesaleShoes.com is registered to xinlan, xu xinlan, unknown, xian shanxi, China 750001,

*shoeswholesale@msn.com*. The domain name registry for NikeWholesaleShoes.com is VeriSign ,

Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for Defendant

Domain Names is Bizcn.com, Inc. Attached hereto as Exhibit 41 is a true and correct printout from

the Registrar's web page of the Whois information for NikeWholesaleShoes.com.

48.     Nike is informed and believes, and based thereon alleges, that the domain name Air-

Nike-Shoes.com is registered to Lin Fangfang, putian, fujian, putian, Fujian, China, 351100,

*shopingnike@gmail.com*. The domain name registry for Air-Nike-Shoes.com is VeriSign , Inc.,

21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for Air-Nike-

Shoes.com is Xin Net Technology Corporation. Attached hereto as Exhibit 42 is a true and correct

printout from the Registrar's web page of the Whois information for Air-Nike-Shoes.com.

49.     Nike is informed and believes, and based thereon alleges, that the domain name NewNikeShoes.com is registered to newshoes, tina wang, baiyun, guangzhou, China 510405, *askshoes99@yahoo.com.cn*. The domain name registry for NewNikeShoes.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for NewNikeShoes.com is FastDomain, Inc. Attached hereto as Exhibit 43 is a true and correct printout from the Registrar's web page of the Whois information for NewNikeShoes.com.

50.     Nike is informed and believes, and based thereon alleges, that the domain name Nike-AAA.com is registered to jinqui hu, chengxiangqudongshenlu166 putian fujian china, putian, fujian, China 351100, *wholesale2020@gmail.com*. The domain name registry for Nike-AAA.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for Nike-AAA.com is GoDaddy.com, Inc. Attached hereto as Exhibit 44 is a true and correct printout from the Registrar's web page of the Whois information for Nike-AAA.com.

51.     Nike is informed and believes, and based thereon alleges, that the domain name NikeFirm.com is registered to nikefirm.com, nikefirm.com nikefirm.com, quanzhou, quanzhou, Fujian, China 362000, *xinhuait@tom.com*. The domain name registry for NikeFirm.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for NikeFirm.com is Web Commerce Communications Limited dba WebNic.cc. Attached hereto as Exhibit 45 is a true and correct printout from the Registrar's web page of the Whois information for NikeFirm.com.

52.     Nike is informed and believes, and based thereon alleges, that the domain name NikeinStock.com is registered to nikeinstock.com, nikeinstock.com nikeinstock.com, quanzhou, quanzhou, Fujian, China 362000, *xinhuait@tom.com*. The domain name registry for NikeinStock.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166. The domain name registrar for NikeinStock.com is Web Commerce Communications Limited dba WebNic.cc.

Attached hereto as Exhibit 46 is a true and correct printout from the Registrar's web page of the Whois information for NikeinStock.com.

53.     Nike is informed and believes, and based thereon alleges, that the domain name INeedNikeShoes.com is registered to tony gg, adfa ,afa, ss xdsax, HN, China 332321, *ytwebdesign1@gmail.com*.  The domain name registry for INeedNikeShoes.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166.  The domain name registrar for INeedNikeShoes.com is Beijing Innovative Linkage Technology Ltd. dba dns.com.cn.  Attached hereto as Exhibit 47 is a true and correct printout from the Registrar's web page of the Whois information for INeedNikeShoes.com.

54.     Nike is informed and believes, and based thereon alleges, that the domain name SoleNike.com is registered to shun lin, linshun, Xinganxincun 35 Longqiaojiedao Chengxiangqu Putian Fujian, putian, fujian, China 351100, *yubopig@163.com*.  The domain name registry for SoleNike.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166.  The domain name registrar for SoleNike.com is HiChina Zhicheng Technology Limited.  Attached hereto as Exhibit 48 is a true and correct printout from the Registrar's web page of the Whois information for SoleNike.com.

55.     Nike is informed and believes, and based thereon alleges, that the domain name Nike-Kickz.com is registered to Jacky Chen, guang zhou street, Kashi, XJ, China 653285, *ziqiang53@163.com*.  The domain name registry for Nike-Kickz.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166.  The domain name registrar for Nike-Kickz.com is Beijing Innovative Linkage Technology Ltd. dba dns.com.cn.  Attached hereto as Exhibit 49 is a true and correct printout from the Registrar's web page of the Whois information for Nike-Kickz.com.

56.    Nike is informed and believes, and based thereon alleges, that the domain name Nike-Kick.com is registered to ziqiang wu, fujian putian, Putian, FJ, China 351100, *ziqiang53@163.com*.  The domain name registry for Nike-Kick.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166.  The domain name registrar for Nike-Kick.com is Beijing Innovative Linkage Technology Ltd. dba dns.com.cn.  Attached hereto as Exhibit 50 is a true and correct printout from the Registrar's web page of the Whois information for Nike-Kick.com.

57.    Nike is informed and believes, and based thereon alleges, that the domain name Cheap-Nike.com is registered to xiao lin, lin xiao lin, fujianputianchengxiangququfulu56, putian, fujian, China 723445, *linhan2009@hotmail.com*, previously with an email address of *zpq689@163.com*.  The domain name registry for Cheap-Nike.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166.  The domain name registrar for Cheap-Nike.com is HiChina Zhicheng Technology Limited.  Attached hereto as Exhibit 51 are true and correct printouts from the Registrar's web page of the Whois information for Cheap-Nike.com.

58.    Nike is informed and believes, and based thereon alleges, that the domain name NikeShopOnline.com is registered to Domain Admin, PrivacyProtect.org, P.O. Box 97, Moergestel, NL 5066 ZH, *contact@privacyprotect.org*.  The domain name registry for NikeShopOnline.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166.  The domain name registrar for NikeShopOnline.com is Directi Internet Solutions, Pvt., Ltd. d/b/a Publicdomainregistry.com.  Attached hereto as Exhibit 52 is a true and correct printout from the Registrar's web page of the Whois information for NikeShopOnline.com.

59.    Nike is informed and believes, and based thereon alleges, that the domain name KidsNikeShoes.com is registered to jianhe liu, Beijing, Beijing, China 101413, *root@kidsnikeshoes.com*.  The domain name registry for KidsNikeShoes.com is VeriSign , Inc., 21345 Ridgetop Circle, Dulles, Virginia 20166.  The domain name registrar for

KidsNikeShoes.com is GoDaddy.com, Inc. Attached hereto as Exhibit 53 is a true and correct printout from the Registrar's web page of the Whois information for KidsNikeShoes.com.

## IV.   **Factual Background**

60.     Nike is engaged in the manufacture, design and sale of athletic footwear, apparel, equipment, and related accessories. Among other products, Nike manufactures, sells and distributes basketball and running shoes. Products manufactured and sold by Nike are sold bearing the "NIKE" mark, or an arbitrary and distinctive emblem which has come to be known as the "Swoosh Design," or a composite mark consisting of the word "NIKE" and the "Swoosh Design." Nike utilized these marks on shoes and apparel as trademarks of Nike's high quality products. Nike also developed and utilized the "Nike Air" and "Just Do It" marks as a trademark for its shoes and apparel. Nike sells in excess of $13,000,000,000 a year in merchandise bearing its distinctive trademarks. Nike sells and advertises its products through nike.com, along with other channels.

61.     All products noted above are sold with the "NIKE," "Swoosh Design" or composite "NIKE" and "Swoosh Design" marks. Nike adopted and used the "NIKE" and "Swoosh Design" marks in 1971. Nike registered the "NIKE" mark in block letters on November 2, 1982, Registration No. 1,214,930 in class 25 for footwear. More recently, Nike has registered the "NIKE AIR" mark, Registration No. 1,284,386 on July 3, 1984 for footwear in class 25 and the "AIR JORDAN" mark, Registration No. 1,370,283 on November 12, 1985 for footwear and apparel in class 25. These are some, but by no means all, of Nike's federal trademark registrations (collectively referred to herein as the "Nike Trademarks"). A table describing the Nike Trademarks is attached as Exhibit 55. Each of the Nike Trademarks has been registered with the United States Patent and Trademark Office pursuant to the Lanham Act (15 U.S.C. § 1051). All of the Nike Trademarks are current and in full force and effect. Many of the marks have become incontestable pursuant to 15 U.S.C. § 1065. Additionally, all of the Nike Trademarks qualify as famous marks

pursuant to 15 U.S.C. § 1125, and were famous before and at the time of registration of the Defendant Domain Names.

62.     The Nike Trademarks are distinctive when applied to apparel, footwear and related merchandise, and signify to the purchaser that the products come from Nike and are manufactured to the highest quality standards.  Whether Nike manufactures the products itself, or licenses others to do it, Nike has insured that products bearing its trademarks are manufactured to such standard.  Nike's products have been widely accepted by the public and are enormously popular, as demonstrated by billions of dollars in sales each year.

63.     This enormous popularity is not without cost, as evidenced by the increasing number of counterfeiters in the United States and around the world.  Indeed, it is a modern irony that companies measure success by the extent of their counterfeiting problem.

**V.     Defendants' Unlawful Conduct**

64.     The Defendant Domain Names are confusingly similar to the Nike Trademarks, consisting in part of Nike's world famous and registered Trademarks combined with various generic words or letters.

65.     The Defendant Domain Names have been and are currently being used to host commercial websites, respectively, that offer for sale and/or sell counterfeit and/or infringing footwear bearing the Nike Trademarks to the general public ("Infringing Websites").  The Infringing Websites have been designed to lure unsuspecting consumers into purchasing unauthorized merchandise bearing the Nike Trademarks.

66.     Nike is informed and believes that the registrants of the Defendant Domain Names have not responded and/or have ceased to communicate with Plaintiff in response to cease and desist letters served upon them and persist in their unlawful use of the Defendant Domain Names and the sale of counterfeit merchandise infringing the Nike Trademarks.  Attached hereto as

Exhibit 54 are true and correct copies of the cease and desist letters sent to the registrants of the Defendant Domain Names.

## COUNT I

**(Claim for In Rem Injunctive Relief Under the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d))**

67.　Nike hereby repeats and alleges the allegations set forth in paragraphs 1 through 66 above, as if set forth fully herein.

68.　Nike's claim arises under the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), for cybersquatting by the Defendant Domain Names, which wholly incorporate the Nike Trademarks.

69.　Nike owns the exclusive trademark rights to the distinctive Nike Trademarks, specifically including Registration Nos. 1,214,930, 1,284,386 and 1,370,283. All of the trademark registrations are in full force and effect. In many instances, the trademarks have become incontestable pursuant to 15 U.S.C. § 1065. Additionally, all of the Nike Trademarks qualify as famous marks pursuant to 15 U.S.C. § 1125 and were famous before and at the time of registration of the Defendant Domain Names.

70.　The Defendant Domain Names are each identical or confusingly similar to the Nike Trademarks. The Defendant Domain Names have not been used and are currently not being used for any legitimate purpose, but rather are being used to offer counterfeit Nike merchandise through the web pages to which the Defendant Names resolve. The Defendant Domain Names have been used and are being used with the bad faith intent to profit from the Nike Trademarks and Nike's reputation. Nike is informed and believes the registrants of the Defendant Domain Names exemplify bad faith and harm the goodwill represented by the Nike Trademarks by offering counterfeit Nike goods, diverting consumers from Nike's legitimate online website for the

registrants' own commercial gain, and registering multiple domain names which infringe the rights of Nike and other trademark owners.

71.   The Defendant Domain Names violate Nike's rights in the Nike Trademarks. They are identical, confusingly similar to, and dilutive of the famous Nike Trademarks.

72.   Nike has satisfied the requirements of 15 U.S.C. § 1125(d)(2)(A)(ii)(II) such that the bringing of this *in rem* action over the Defendant Domain Names is proper.

73.   The registration and use of the Defendant Domain Names is causing and is likely to cause substantial and irreparable injury to the public and to Nike.  Nike is entitled to transfer of the Defendant Domain Names, pursuant to 15 U.S.C. § 1125(d)(2)(D)(i).

## PRAYER FOR RELIEF

WHEREFORE, Nike demands entry of judgment against defendants as follows:

1)   That VeriSign , Inc. be ordered to change the registrar of the Defendant Domain Names to Corporate Domains, Inc.;

2)   That Corporate Domains, Inc. be ordered to register the Defendant Domain Names in the name of Nike, Inc.; and

3)   That Nike have such other and further relief that this Court deems just.

Silverberg, Goldman & Bikoff LLP

By: *Bruce Rheinstein*

Bruce Rheinstein (VSB No. 31578)
James L. Bikoff (D.C. Bar No. 209023)
*Pro hac vice*
jbikoff@sgbdc.com
David K. Heasley (D.C. Bar No. 375636)
dheasley@sgbdc.com
*Pro hac vice*
Silverberg, Goldman & Bikoff LLP
1101 30th Street NW
Washington, D.C. 20007
Telephone:   (202) 944-3300

1

Facsimile:     (202) 944-3306

2

3          Of Counsel:
           J. Andrew Coombs (CA Bar No. 123881)
4          Nicole L. Drey (CA Bar No. 250235)
           J. Andrew Coombs, A P. C.
5          517 E. Wilson Ave., Suite 202
           Glendale, California 91206
6          Telephone:     (818) 500-3200
           Facsimile:     (818) 500-3201

7          andy@coombspc.com
           nicole@coombspc.com
8
           *Attorneys for Plaintiff Nike, Inc.*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28