UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Nike, Inc., | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 1:10cv90 |
| NikePioneer.com, et al., | ) |
|     Defendants. | ) |

ORDER

THIS MATTER came before the Court on plaintiff's Motion for Order Authorizing Service of Process by Email (Dkt. 2).

UPON CONSIDERATION thereof, it is hereby

ORDERED that plaintiff's Motion is GRANTED.

ENTERED this 18th day of March, 2010.

                                                      /s/
                                     THERESA CARROLL BUCHANAN
                                     UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia