AO 440 (Rev. 12/09) Summons in a Civil Action

FILED

# UNITED STATES DISTRICT COURT

For The

Eastern District of Virginia

(Alexandria Division)

2010 MAY -6  A 9: 29

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

NIKE, INC.

*Plaintiff*

v.                                                            Civil Action No. 1:10-cv-90

NIKEPIONEER.COM, et al.

*Defendants*

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)* Nike-Kick.com c/o registrant ziqiang wu, fujian putian, Putian, FJ, China 351100, *ziqiang53@163.com, order2006@yahoo.cn, nike-kick@hotmail.com*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:     **Bruce Rheinstein, Esq., Silverberg, Goldman & Bikoff, LLP, Suite 120, 1101 30th Street NW, Washington, D.C. 20007.**   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk
*CLERK OF COURT*

Date: April 1, 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Nike-Kick.com [see attachment]

was received by me on *(date)*   04/05/2010   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Court-ordered electronic mail service.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   04/22/2010

_____
Server's signature

Katrina Bartolome, Paralegal, J. Andrew Coombs, A P.C.
*Printed name and title*

J. Andrew Coombs, A P.C.
517 East Wilson Ave., Suite 202
Glendale, California 91206
*Server's address*

Additional information regarding attempted service, etc:

ATTACHMENT TO
PROOF OF SERVICE
SUMMONS IN A CIVIL ACTION

This summons for (*name of individual and title, if any*) Nike-Kick.com c/o registrant ziqiang wu, fujian putian, Putian, FJ, China 351100, ziqiang53@163.com, order2006@yahoo.cn, nike-kick@hotmail.com

# Katrina

| | |
|---|---|
| **From:** | Katrina [katrina@coombspc.com] |
| **Sent:** | Monday, April 05, 2010 3:37 PM |
| **To:** | 'ziqiang53@163.com'; 'order2006@yahoo.cn'; 'nike-kick@hotmail.com' |
| **Subject:** | Nike, Inc. v. NikePioneer.com, et al. - email 1 of 2 |
| **Attachments:** | Service Packet Civil Cover Sheet, Order, Complaint Part 1 of 2.pdf; Summons for Nike-Kick.com.pdf |

Please see the attached.

Katrina Bartolome
J. Andrew Coombs, A P.C.
517 East Wilson Ave., Suite 202
Glendale, CA 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

This message contains information that is privileged, confidential and exempt from disclosure under applicable law. The information is intended for the use of the individual or entity to which it is addressed. If you are not the intended recipient, or an employee of the recipient, be aware that any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited. If you have received this electronic message in error, please notify us by calling (818) 500-3200 or by email at info@coombspc.com immediately and delete or destroy all copies of this transmission.

1

## Katrina

| | |
|---|---|
| **From:** | Katrina [katrina@coombspc.com] |
| **Sent:** | Monday, April 05, 2010 3:37 PM |
| **To:** | 'ziqiang53@163.com'; 'order2006@yahoo.cn'; 'nike-kick@hotmail.com' |
| **Subject:** | Nike, Inc. v. NikePioneer.com, et al. - email 2 of 2 |
| **Attachments:** | Service Packet Complaint Part 2 of 2.pdf |

Please see the attached.

Katrina Bartolome
J. Andrew Coombs, A P.C.
517 East Wilson Ave., Suite 202
Glendale, CA 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

This message contains information that is privileged, confidential and exempt from disclosure under applicable law. The information is intended for the use of the individual or entity to which it is addressed. If you are not the intended recipient, or an employee of the recipient, be aware that any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited. If you have received this electronic message in error, please notify us by calling (818) 500-3200 or by email at info@coombspc.com immediately and delete or destroy all copies of this transmission.

1