IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Nike, Inc. | ) |
|     Plaintiff, | ) ) ) )   1:10cv90(JCC/TCB) |
| v. | ) ) |
| NikePioneer.com, et al. | ) ) |
|     Defendants. | ) |

## O R D E R

Because this civil action is in default, it is hereby

ORDERED that a hearing for <u>ex parte</u> proof of damages will be held before Magistrate Judge Buchanan Friday, July 30, 2010, at 10:00 a.m.

The Clerk is directed to forward copies of this Order to counsel of record for plaintiff and to defendants at the address listed in the case file.

Entered this 1st day of July, 2010.

                                                /s/
                                       James C. Cacheris
                                     United States District Judge

Alexandria, Virginia