IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

F I L E D

OCT 2 9 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

NIKE INC.,

      Plaintiff

v.                                                          1:10cv90 (JCC/TCB)

NIKE PIONEER.COM, et al,

      Defendants.


O R D E R


Upon consideration of the September 28, 2010, Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objection having been filed within ten days, and upon an independent review of the record, it is hereby

ORDERED that the court adopts as its own the findings of fact and accepts the recommendation of the United States Magistrate Judge. The Clerk of Court shall enter default judgment in favor of the Plaintiff Nike Inc., with respect to defendant domain names for violation of the Anti-Cybersquating Consumer Protection Act, 15 U.S.C. § 1125(a). VeriSign, Inc., as the operator of the registry of the defendant domain names be directed to transfer the names of the current registrar to a domain registrar of plaintiff's selection and that such selected register defendant's NikeSellWeb.com; CheapNikeShop.com; NikeSellOrder.com; NikeShoesMarket.com; NikeShoesRetro.com; NikeShoesBase.com; KicksNike1.com; iNikeSneakers.com; GoldNikeClub.com; NikeItaly.com; NikeLink.com; Nike-Rift.com; NikeJordanSky.com; LuckyNike.com; NikeSpaces.com; VeryGoodNike.com; Discount-Nike.com;

NikeStyles.com; NikeShoxSale.com; NikeWholesaleShoes.com; Air-Nike-Shoes.com;

NewNikeShoes.com; Nike-AAA.com; NikeFirm.com; NikeInStock.com;

INeedNikeShoes.com; SoleNike.com; Nike-Kickz.com; Nike-Kick.com; Cheap-

Nike.com; NikeShopOnline.com; and KidsNikeShoes.com domain names in the name of plaintiff

and provide plaintiff with full control of the domain names.


Alexandria, Virginia
October 29, 2010

/s/
James C. Cacheris
United States District Judge